UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MARIO RODRIGUEZ,**

    **Plaintiff,**

    **v.**    Civil Action No. 14-cv-12338-IT

**NATIONSTAR MORTGAGE LLC,**

    **Defendant.**

**TALWANI, D.J.**

**ORDER OF DISMISSAL**

For the reasons set forth in the Memorandum & Order issued today, this case is hereby

**DISMISSED.**

**IT IS SO ORDERED.**

Date:   October 24, 2014                       /s/ Indira Talwani
                                                     United States District Judge